DEONARINE RAMNARAIN, Appellant, v CHANDRADAT RAMNARAIN, Respondent, et al., Defendant.

Submitted January 28, 2008; decided March 13, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

NORMA RESHEVSKY et al., Appellants, v UNITED WATER NEW YORK, INC., Respondent.

Submitted January 28, 2008; decided March 13, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of SEASIA D. MR. ANONYMOUS et al., Appellants; KAREEM W., Respondent.

Submitted January 28, 2008; decided March 13, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal granted.